IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1106

DANIEL R. GILL AND HIS
SPOUSE MARY GILL,

 Appellant,

v.

AMANDA KELLEY,
DOUGLAS KELLEY, and
PROGRESSIVE EXPRESS
INSURANCE COMPANY,

 Appellee.

_____/

Opinion filed February 24, 2015.

An appeal from the Circuit Court for Bay County.
Hentz McClellan, Judge.

Talley L. Kaleko, of Law Offices of Robert Scott Cox, PL, Tallahassee, and Henry Lawrence Perry, of Perry & Young, P.A., Panama City, for Appellants.

Harold R. Mardenborough, Jr., Christopher Barkas, Cindy Massion and Carr Allison, Tallahassee, Attorneys for Appellee Progressive Express Insurance Company, and Melanie Shaw Seymour of Seymour, Whitney & Pappas, Fort Walton Beach, attorney for Appellees Amanda Kelley and Douglas Kelley.

PER CURIAM.

 AFFIRMED.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.